# Court of Appeals
# of the State of Georgia

ATLANTA,__October 13, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16E0013.  IN THE INTEREST OF: J. M., S. G., M. G., T. G., C. M., AND A. M., CHILDREN (MOTHER).**

The Second Motion for Extension of Time to File Application for Discretionary Appeal is GRANTED, allowing Applicant thirty (30) additional days, through and including November 12, 2015, to file an Application for Discretionary Appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 10/13/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*